# EXHIBIT 3

McALLISTER OLIVARIUS

ABOUT M<sup>c</sup>O    MEET THE TEAM    FOR INDIVIDUALS    FOR BUSINESSES    PRESS    LOCATIONS

Contact                Search

Home > In the Media > Professor exonerated by Title IX investigation countersues for defamation

# In the Media

## Professor exonerated by Title IX investigation countersues for defamation

19 March, 2024

A Georgetown Title IX inquiry panel found unanimously in Dr. Peter Turkeltaub's favor after a lengthy investigation. Dr. Turkeltaub has since filed a robust counterclaim, alleging the statements against him to be "malicious, false, misleading and defamatory."

Dr. Turkeltaub is being represented by Dr. Ann Olivarius of McAllister Olivarius, a leading feminist attorney who almost always represents female students against male professors. After reviewing hundreds of pages of evidence and speaking to dozens of witnesses, she concluded that Dr. Turkeltaub is innocent of the charges being levelled, and has no choice but to put his side of the story in the public record to clear his name.

> **A copy of Dr. Turkeltaub's counterclaim can be accessed below.**

EXHIBIT 03
Page 1 of 4

Case 1:23-cv-02212-LLA   Document 18-3   Filed 04/08/24   Page 3 of 5

Case 1:23-cv-02212-LLA   Document 13   Filed 02/01/24

**COUNTERCLAIM**

Defendant Peter Turkeltaub ("Turkeltaub"), by and through Olivarius, as his Counterclaim to Plaintiff's Complaint (Compl., ECF N

**INTRODUCTION**

1. Turkeltaub is a highly regarded researcher at Georgeto

"His reputation has been marred. There's no doubt about it. He's been painfully hurt."

*Dr. Ann Olivarius, lawyer representing Turkeltaub*



EXHIBIT 03
Page 2 of 4

<u>Dr Ann Olivarius  KC (Hon) OBE</u>
<u>Chair of the Executive Committee</u>

Extract:

A Georgetown University professor sued for sexually harassing a former female student has filed a countersuit accusing that student of defamation.

Lawyers for Dr. Peter Turkeltaub, a professor in the departments of neurobiology and rehabilitation medicine, filed the countersuit Feb. 1 in a Washington, D.C. federal court, alleging that the student, Candace van der Stelt, knowingly spread false and defamatory statements about Turkeltaub sexually harassing her. The countersuit states that Van der Stelt spread these statements to current and former members of Turkeltaub's on-campus Cognitive Recovery Lab (CRL), current and former Georgetown graduate students, the media, the National Institutes of Health (NIH) and other members of his professional community.

(…)

The Georgetown Office of Institutional Diversity, Equity & Affirmative Action (IDEAA), the body which investigates allegations of sexual harassment on campus, conducted a 14-month investigation, ending in December 2023. . .The body found Turkeltaub "not responsible" for committing the alleged harassment . . .according to the countersuit.

(…)

Turkeltaub said the countersuit has allowed him a platform to tell his side of the story, but he does not intend to retaliate.

Read full article

Type: <u>In the Media</u>
Topics: <u>Higher Education</u>, <u>Sexual Harassment</u>
Tagged: <u>Ann Olivarius</u>

EXHIBIT 03
Page 3 of 4

What are you looking for?    Search

Contact us   FAQs   Practice Areas   Case Studies

Privacy Policy    Legal Notices    Feedback and Complaints    Statement on Modern Slavery

Twitter

YouTube

LinkedIn

Instagram

Facebook

Our solicitors and attorneys are licensed to practice in England and Wales, Ireland, and the following US states: California, Connecticut, Florida, Idaho, Massachusetts, Minnesota, New Hampshire, New York, Pennsylvania, Virginia and the District of Columbia.

Authorised and regulated by the Solicitors Regulation Authority with registered number 498087

**ATTORNEY ADVERTISING** | Prior results do not guarantee similar outcomes.

Some photos on this website are stock images and do not depict clients or people associated with the firm.

McAllister Olivarius

© 2024

  

   

Designed and produced by Stone Creative Design



EXHIBIT 03
Page 4 of 4