IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 23:cv-02212-RDM |
| GEORGETOWN UNIVERSITY, and PETER TURKELTAUB | ) Hon. Loren L. AliKhan |
| Defendants. | ) |
| PETER TURKELTAUB, | ) |
| Counter-Plaintiff | ) |
| v. | ) |
| CANDACE VAN DER STELT, | ) |
| Counter-Defendant | ) |

**COUNTER-DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COUNTER-PLAINTIFF'S OPPOSITION TO COUNTER-DEFENDANT'S MOTION TO DISMISS**

Counter-Defendant Candace van der Stelt, by and through her undersigned counsel, moves pursuant to Fed. R. Civ. P. 6(b) and the local rules of this Court, for an eleven-day (11) extension of time to reply to Counter-Plaintiff Turkeltaub's Opposition to Counter-Defendant's Motion to Dismiss Counter-Plaintiff's Counterclaim until August 16, 2024. Van der Stelt makes this request because her counsel Elizabeth A. Wilson 's availability has been limited by medical and unexpected family issues, and Ms. Cohen and Mr. Gilbert have onerous commitments in

1

other matters.[1] Pursuant to LCvR 7(m), counsel have conferred, and Counter-Plaintiff Turkeltaub does not oppose this motion.

Dated: July 29, 2024,                                              Respectfully submitted,

/s/ *Elizabeth A. Wilson*
Gary M. Gilbert, Esq. (Bar No. MD15808)
Elizabeth A. Wilson, Esq. (Bar No. 491007)
Cori M. Cohen, Esq. (Bar No. MD19124)
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD, 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
Gary-efile@gelawyer.com
ewilson@gelawyer.com
ccohen-efile@gelawyer.com

*Counsel for Counter-Defendant*

---

[1] Counter-Defendant's counsel are able to provide further information about the restrictions on their availability via affidavits upon request.

## **CERTIFICATE OF SERVICE**

    I hereby certify that true and correct copies of the foregoing Unopposed Motion for an Extension of Time to Respond to Counter-Plaintiff's Opposition to Counter-Defendant's Motion to Dismiss were served on all parties of record through the Court's CM/CF filing system on July 29, 2024.

                                        /s/ *Elizabeth A. Wilson*
                                        Elizabeth A. Wilson