IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGETOWN UNIVERSITY, ) <br> and PETER TURKELTAUB ) <br> ) <br> Defendants. ) <br> ) <br> PETER TURKELTAUB, ) <br> ) <br> Counter-Plaintiff ) <br> ) <br> v. ) <br> ) <br> CANDACE VAN DER STELT, ) <br> ) <br> Counter-Defendant ) | Civil Action No. 23:cv-02212-RDM <br><br> Hon. Loren L. AliKhan |

**[PROPOSED] ORDER**

Upon consideration of Unopposed Motion for an Extension of Time to Respond to Counter-Plaintiff's Opposition to Counter-Defendant's Motion to Dismiss in the above-captioned matter, it is hereby:

**ORDERED** that Counter-Defendant's Motion is **GRANTED** and Counter-Defendant Ms. van der Stelt shall file her reply on or before August 15th, 2024.

**SO ORDERED.**

Entered:_____

_____
Hon. Loren L. AliKhan
United States District Judge

Copies to:
Gary M. Gilbert, Esq. (Bar No. MD15808)
Elizabeth A. Wilson, Esq. (Bar No. 491007)
Cori M. Cohen, Esq. (Bar No. MD19124)
Gilbert Employment Law, P.C.
8403 Colesville road, Suite 1000

Silver Spring, MD, 20910
Tel: (301) 608-0880; Fax: (301) 608-0881
Gary-efile@gelawyer.com
ewilson@gelawyer.com
ccohen-efile@gelawyer.com

*Counsel for Counter-Defendant*

Ann Olivarius
McAllister Olivarius
641 Lexington Avenue
13th Floor
New York, NY 10022
Tel: (212) 433-3456
aolivarius@mcolaw.com

*Attorney for Counter-Plaintiff Peter Turkeltaub*


Henry Platt
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, DC 20006
Tel: (202) 342-3447; Fax: (202) 337-6065
Heny.platt@saul.com

Joshua W.B. Richards
Saul Ewing LLP
1500 Market Street
38th Floor, West Tower
Philadelphia, PA 19102
Tel: (215) 972-7737; Fax: (215) 927-7725
Heny.platt@saul.com

*Attorneys for Defendant Georgetown University*