IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 23:cv-02212-RDM |
| GEORGETOWN UNIVERSITY, and PETER TURKELTAUB | ) |
| Defendants. | ) |
| PETER TURKELTAUB, | ) |
| Counter-Plaintiff | ) |
| v. | ) |
| CANDACE VAN DER STELT, | ) |
| Counter-Defendant | ) |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT**

Plaintiff and Counter-Defendant, Candace van der Stelt ("Plaintiff"), by and through her undersigned counsel and pursuant to Fed R. Civ. P. 15(d), respectfully moves for leave from the Court to supplement her Complaint. A copy of the proposed Supplemental Complaint is attached.

Plaintiff seeks leave to supplement her Complaint because, since the date she filed her original Complaint, she has been subjected to ongoing retaliation by Defendants stemming from, and related to, the facts at issue in the original Complaint. Specifically, and as elaborated in the following Memorandum of Points and Authorities, Defendant Georgetown University retaliated against Plaintiff by refusing to schedule a Title IX hearing in regard to Plaintiff's Title IX claims on a date on which Plaintiff was available to attend and Defendant Turkeltaub retaliated against

1

Plaintiff by filing a counterclaim. *See generally* Def Peter Turkeltaub's Answer & Counterclaim ("Turkeltaub Answer & Countercl."), 56–69, ECF No. 13. Since Plaintiff is moving to supplement her Complaint to include the retaliatory actions that are directly related to, but arose after, she filed her original Complaint, leave to supplement the Complaint is appropriate under Rule 15(d). *Thorp v. District of Columbia*, 325 F.R.D. 510, 513 (D.D.C. 2018) ("Rule 15(d) is used to set forth new facts that update the original pleading or provide the basis for additional relief . . .")(quoting *United States v. Hicks*, 283 F.3d 380, 386 (D.C. Cir. 2002).

Plaintiff's counsel sought consent from Defendants' counsel on filing the Supplemental Complaint. Both Defendant Peter Turkeltaub and Defendant Georgetown University oppose this Motion.

In light of the foregoing reasons and those further developed in Plaintiff's Memorandum of Points and Authorities in Support of its Motion for Leave to Supplement Complaint, attached hereto, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff leave to Supplement her Complaint with the attached proposed supplemental Complaint.

Dated:  August 12, 2024                                  Respectfully submitted,

/s/ *Elizabeth A. Wilson*
Gary M. Gilbert, Esq. (Bar No. MD15808)
Elizabeth A. Wilson, Esq. (Bar No. 491007)
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
Gary-efile@gelawyer.com
Ewilson-efile@gelawyer.com

*Counsel for Plaintiff*