IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-cv-02212-LLA |
| GEORGETOWN UNIVERSITY, and PETER TURKELTAUB | ) Hon. Loren L. AliKhan |
| Defendants. | ) |
| PETER TURKELTAUB, | ) |
| Counter-Plaintiff | ) |
| v. | ) |
| CANDACE VAN DER STELT, | ) |
| Counter-Defendant | ) |

**PLAINTIFF-COUNTER DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN HER REPLY IN SUPPORT OF <u>HER MOTION TO DISMISS</u>**

Plaintiff-Counter Defendant, Candace van der Stelt, by and through the undersigned counsel, and pursuant to LCvR 7(e), hereby requests leave to exceed the twenty-five (25) page limit for her forthcoming reply in support of her Motion to Dismiss by five (5) pages.

Pursuant to LCvR 7(m), counsel for Plaintiff conferred with Defendants' counsel about her page extension request, and Defendants do not oppose this request.

Plaintiff's request for an extension to the page limit for her Reply is reasonable because Defendant raise new legal arguments for the first time in his Opposition. *See e.g.,* Dkt. 23 at 20 (Defendant's discussion of the self-reporting privilege). Further, Plaintiff needs to correct

1

misstatements of fact and law within Defendant's Memorandum which she was unable to address in her Motion to Dismiss. Therefore, Plaintiff is unable to fully reply to Defendants' arguments within the 25-page limit for replies, and thus, would be unduly prejudiced if her page extension request is denied.

      Therefore, for good cause shown and pursuant to the LCvR 7(e), Plaintiff respectfully requests that her motion for leave to exceed the page limit by five (5) pages be granted and her Reply be accepted as filed. In the alternative if Plaintiff's request is not granted, Plaintiff requests to refile an amended Reply no later than seven (7) days after receipt of the order denying the instant motion.

DATED: August 16, 2024            Respectfully Submitted,

                                                    /s/ *Elizabeth Wilson*
Gary M. Gilbert, Esq. (Bar No. MD15808)
Elizabeth Wilson, Esq. (Bar No. 491007)
Gilbert Employment Law, P.C.
8403 Colesville Rd., Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880; Fax: (301) 608-0881
Gary@gelawyer.com
EWilson@gelawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 16, 2024, I caused a copy of the foregoing Plaintiff's Unopposed Motion for Leave to Extend Page Limits for Her Reply in Support of her Motion to Dismiss, her proposed Reply, and a proposed order to be served on all parties of record via CM/ECF.

                                                              */s/ Elizabeth Wilson*
                                                              Elizabeth A. Wilson, No. 491007