IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-cv-02212-LLA |
| GEORGETOWN UNIVERSITY, and PETER TURKELTAUB | ) Hon. Loren L. AliKhan |
| Defendants. | ) |
| PETER TURKELTAUB, | ) |
| Counter-Plaintiff | ) |
| v. | ) |
| CANDACE VAN DER STELT, | ) |
| Counter-Defendant | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff-Counter-Defendant's Motion for Leave to Exceed Page Limits in her Reply in Support of her Motion to Dismiss in the above-captioned matter, it is hereby:

**ORDERED** that Plaintiff-Counter-Defendant's Motion is **GRANTED** and her Reply attached thereto is accepted as filed.

**SO ORDERED.**

Entered:_____                    _____
                                         Hon. Loren L. AliKhan
                                         United States District Judge

1

Copies to:
Gary M. Gilbert, Esq. (Bar No. MD15808)
Elizabeth Wilson, Esq. (Bar No. 491007)
Gilbert Employment Law, P.C.
8403 Colesville road, Suite 1000
Silver Spring, MD, 20910
Tel: (301) 608-0880; Fax: (301) 608-0881
Gary-efile@gelawyer.com
ewilson@gelawyer.com
ccohen-efile@gelawyer.com

*Counsel for Counter-Defendant*

Ann Olivarius
McAllister Olivarius
641 Lexington Avenue
13th Floor
New York, NY 10022
Tel: (212) 433-3456
aolivarius@mcolaw.com

*Attorney for Counter-Plaintiff Peter Turkeltaub*


Henry Platt
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, DC 20006
Tel: (202) 342-3447; Fax: (202) 337-6065
Heny.platt@saul.com

Joshua W.B. Richards
Saul Ewing LLP
1500 Market Street
38th Floor, West Tower
Philadelphia, PA 19102
Tel: (215) 972-7737; Fax: (215) 927-7725
Heny.platt@saul.com

*Attorneys for Defendant Georgetown University*