IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, | )<br>)<br>) |
| Plaintiff, | )  Civil Action No. 1:23-cv-02212-LLA<br>) |
| v. | )<br>) |
| GEORGETOWN UNIVERSITY, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT GEORGETOWN UNIVERSITY**

PLEASE TAKE NOTICE that Nicole E. Chammas hereby withdraws her appearance as counsel for Defendant Georgetown University and requests removal from the service lists in the above captioned matter.

Henry A. Platt, Joshua W.B. Richards and Saul Ewing LLP will continue to serve as counsel for Defendant Georgetown University.

Dated this 17th day of September, 2024     **SAUL EWING LLP**

*/s/ Nicole Chammas*
Nicole E. Chammas (D.C. Bar No. 1722507)
Henry Platt (D.C. Bar No. 425994)
1919 Pennsylvania Avenue NW, Suite 550
Washington DC 20006
(202) 342-3447 – Telephone
(202) 337-6065 - Telefax
henry.platt@saul.com
nicole.chammas@saul.com

Joshua W.B. Richards (Bar No. 1002821)
1500 Market Street
38th Floor, West Tower
Philadelphia, PA 19102
(215) 972-7737 – Telephone
(215) 972-7725 - Telefax
joshua.richards@saul.com

*Attorneys for Defendant*
*Georgetown University*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT GEORGETOWN UNIVERSITY** was served via the Court's e-filing system on this 17th day of September, 2024, all counsel of record:

| | |
|---|---|
| Gary M. Gilbert<br>**Gilbert Employment Law, P.C.**<br>110 Wayne Ave., Ste. 900<br>Silver Spring, MD  20910<br>(301) 608-0880<br>gary-efile@gelawyer.com<br><br>*Attorneys for Plaintiff*<br>*Candace van der Stelt* | Ann M. Olivarius<br>**McCallister Olivarius**<br>641 Lexington Ave., 13th Floor<br>New York, NY  10022<br>(212) 433-3456<br>aolivarius@mcolaw.com<br><br>*Attorneys for Defendant*<br>*Peter Turkeltaub* |

**SAUL EWING LLP**

*/s/ Nicole E. Chammas*
Nicole E. Chammas

*Attorneys for Defendant*
*Georgetown University*

2