UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT,<br><br>   Plaintiff,<br><br>v.<br><br>GEORGETOWN UNIVERSITY and<br>PETER TURKELTAUB,<br><br>   Defendants.<br>_____<br><br>PETER TURKELTAUB,<br><br>   Counter-Plaintiff,<br><br>v.<br><br>CANDACE VAN DER STELT,<br><br>   Counter-Defendant.<br>_____ | Civil Action No. 23:cv-02212-RDM<br><br>Hon. Loren L. AliKhan |

**[PROPOSED] ORDER**

    **AND NOW**, this _____ day of _____, 2024, after consideration of Plaintiff's Opposed Motion for Leave to Supplement Complaint ("Motion"), any opposition thereto, any reply thereon, and oral argument, if any, it is **ORDERED** that the Motion is **DENIED**.

**SO ORDERED.**

                                             **BY THE COURT:**

                                       _____
                                       Hon. Loren Alikhan, United States District Judge

Served on all parties of record as listed below via CM/ECF:

Ann Olivarius (Bar No. 429231)
McAllister Olivarius
641 Lexington Avenue
13th Floor
New York, NY 10022
Tel: (212) 433-3456
aolivarius@mcolaw.com

*Attorney for Defendant Peter Turkeltaub*

Henry Platt
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, DC 20006
Tel: (202) 342-3447; Fax: (202) 337-6065
Henry.platt@saul.com

Joshua W.B. Richards
Saul Ewing LLP
1500 Market Street
38th Floor, West Tower
Philadelphia, PA 19102
Tel: (215) 972-7737; Fax: (215) 927-7725
Joshua.richards@saul.com

*Attorneys for Defendant Georgetown University*

Gary M. Gilbert, Esq. (Bar No. MD15808)
Elizabeth Wilson, Esq. (Bar No. 491007)
Gilbert Employment Law P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880; Fax: (301) 608-0881
Gary-efile@gelawyer.com
ewilson@gelawyer.com
ccohen-efile@gelawyer.com

*Counsel for Plaintiff Candace van der Stelt*