### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT,<br><br>          Plaintiff,<br><br>v.<br><br>GEORGETOWN UNIVERSITY, *et al.*,<br><br>          Defendants. | Civil Action No. 1:23-cv-02212-LLA |

### **DECLARATION OF SAMANTHA BERNER**

I, Samantha Berner, am above the age of majority and am competent to testify as follows:

1. I am currently employed as the Title IX Coordinator and Director of Title IX Compliance within the Office of Institutional Diversity, Equity, and Affirmative Action ("IDEAA Office") at Georgetown University ("Georgetown" or the "University"). I am fully authorized to make this Declaration on the University's behalf in that capacity.

2. The matters set forth in this Declaration are based upon my personal knowledge, information supplied to me by other University employees, and/or my review of records.

3. I submit this Declaration in support of Defendant Georgetown University's Opposition to Plaintiff's Motion for Leave to Supplement Complaint.

4. Attached hereto as **Exhibit A** is a true and correct copy of the e-mails exchanged between me and Plaintiff Candace van der Stelt ("Plaintiff") from October 23, 2023 through December 12, 2023, that are referenced in her Motion.

5.   Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of the correspondence from Plaintiff's "advisor" addressed to the IDEAA Office dated November 9, 2023, which was "incorporate[d]" and attached to Plaintiff's e-mail response to me on that same date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September, 2024, in Lake Worth, Florida.

DocuSigned by:

*Samantha Berner*

454338500D394B6...

Samantha Berner