# EXHIBIT A



Samantha Berner <sb1611@georgetown.edu>

## Renewed Request for Rescheduling of Title IX Hearing

**Samantha Berner** <Samantha.Berner@georgetown.edu>    Tue, Dec 12, 2023 at 1:29 PM
To: Candace Van Der Stelt <cv486@georgetown.edu>
Cc: Olivia Miller <omiller@gelawyer.com>, Madison A Gemmill <MGemmill@gelawyer.com>, Gary Gilbert <gary@gelawyer.com>
Bcc: Cody Meixner <cody.meixner@georgetown.edu>, Bisi Okubadejo <mol2@georgetown.edu>

Dear Candace,

Yesterday, December 11, 2023, you requested in writing to withdraw your Complaint against University faculty member, Peter Turkeltaub.

While we understand that you do not intend to participate in the remainder of the University's grievance process established to investigate and respond to allegations of sexual harassment potentially occurring in its education programs and activities, consistent with the University's Policy on Sexual Misconduct and IDEAA's Grievance Procedures, the University will proceed to determine whether any University policies have been violated.

Please be in touch if there are ways we can assist you in accessing supportive measures or resources.

Best Wishes,

Samantha

> On Mon, Dec 11, 2023 at 4:34 PM Candace Van Der Stelt <cv486@georgetown.edu> wrote:
>> Ms. Berner,
>>
>> I am writing with regard to my pending Title IX complaint and the upcoming hearing regarding the same. I write to inform you that I'm formally withdrawing my Title IX complaint with Georgetown University at this time.
>>
>> Candace M. van der Stelt, MS, CCC-SLP
>> Georgetown University Medical Center
>> Interdisciplinary Program in Neuroscience
>> PhD Student
>> Speech-Language Pathologist
>> Pronouns: she/her/hers
>> cv486@georgetown.edu
>>
>>
>>> On Thu, Dec 7, 2023 at 11:22 AM Samantha Berner <Samantha.Berner@georgetown.edu> wrote:
>>>> Good Morning Candace,
>>>>
>>>> Thank you for your email.
>>>>
>>>> I want to reiterate my offer to provide a letter or information that you could choose to share with your school's Title IX office which does not disclose the substance of the matter but requests flexibility in your exam schedule and other academic commitments as a supportive measure.
>>>>
>>>> In regards to the final exam that you mentioned, if you could please share the date and time of this exam, we will make adjustments to the hearing, if possible, to allow for your attendance at the exam.
>>>>
>>>> Best,
>>>>
>>>> Samantha

On Wed, Dec 6, 2023 at 2:54 PM Candace Van Der Stelt <cv486@georgetown.edu> wrote:

Hi Samantha,

As a graduate student, there is no official exam schedule published for my courses. The academic calendar is readily available here. Graduate finals are held the same period as undergraduate finals. I have two final papers, a final exam, and a grant deadline during my finals week from 12/11/23 - 12/15/23.

Candace

Candace M. van der Stelt, MS, CCC-SLP
Georgetown University Medical Center
Interdisciplinary Program in Neuroscience
PhD Student
Speech-Language Pathologist
Pronouns: she/her/hers
cv486@georgetown.edu

On Mon, Dec 4, 2023 at 4:35 PM Samantha Berner <Samantha.Berner@georgetown.edu> wrote:

Good Afternoon Candace,

I am responding to the email sent by Mr. Gary Gilbert, one of your attorneys, sent at approximately 6:18pm on Friday, December 1, 2023. To ease communication, I am responding under the assumption that you have endorsed your attorney's outreach although he is not currently named as your advisor on record.

On November 17, 2023, I provided official notice of the anticipated time and date of the hearing (December 13-15, 2023), among other important hearing details; approximately 11 days later, on November 28, 2023, you raised concerns about the hearing dates conflicting with your "exam schedule and existing appointments" as well as your advisor's schedule; this email did not contain any specific information about the dates or times that conflict with the hearing. On November 29, I promptly responded and offered to assist you with academic supportive measures to allow for your participation in the hearing; I also explained that our policies do not permit schedule adjustments as a result of an advisor's schedule.

With regard to your request to reschedule the hearing due to your final exam schedule please share an official copy of your exam schedule by 5pm EST on Tuesday, December 5 and we will make adjustments to the hearing, if possible. Alternatively, I would be happy to provide a letter or information that you could choose to share with your school's Title IX office which does not disclose the substance of the matter but requests flexibility in your exam schedule as a supportive measure.

Mr. Gilbert also raised concerns regarding the number of advisors that each party may have. As previously explained to you and as outlined in IDEAA's Grievance Procedures and the University's Policy on Sexual Misconduct, each party is entitled to have **one** advisor accompany them to meetings with the University, attend the hearing, and review the evidence and case materials. I've included the relevant language below.

IDEAA's Grievance Procedures:

> **2. Notices to Parties**
> Within ten (10) days of the decision that the Title IX grievance procedures apply, a Title IX Coordinator will provide the following written notice to the parties identified in the Title IX Complaint:
>
> [...]
>
> 4. Notice to the parties that **they may have an advisor of their choice, who may be, but is not required to be, an attorney**, and may inspect and review evidence. [emphasis added].

University's Policy on Sexual Misconduct:

5. Advisors

**The parties have the opportunity to be accompanied to any meeting or proceeding by the advisor of their choice, who may be, but is not required to be, an attorney.** [emphasis added]. The University will not limit the choice or presence of an advisor for either party in any meeting or grievance proceeding, except that the advisor may not be a party or witness or an individual who would otherwise create a conflict of interest.

If your currently listed advisor, Oliva Miller, is unable to attend the hearing and/or move her conflicting obligations, you are welcome to identify Mr. Gilbert, or anyone else of your choosing (absent the exceptions described in the policies above), to serve in this advisor capacity on your behalf. Please let me know if you have any questions.

Best,

Samantha

On Fri, Dec 1, 2023 at 6:18 PM Gary Gilbert <gary@gelawyer.com> wrote:

> Ms. Berner,
>
> I write regarding Georgetown's refusal to reschedule the Title IX hearing despite Ms. van der Stelt's final exam schedule and her advisors' scheduled jury trial. The refusal to reschedule the hearing violates Ms. van der Stelt's rights and causes her to be unable to prosecute her complaint effectively.
>
> Additionally, Ms. van der Stelt has no desire for Pittsburgh to learn of her Title IX complaint and in no way gives permission to Georgetown to communicate with Pittsburgh in any way about her complaint. Ms. van der Stelt will view any attempt that Georgetown makes to contact Pittsburgh about her Title IX complaint as additional retaliation. Likewise, compelling Ms. van der Stelt to adjust her exam schedule or her study schedule because of Georgetown's refusal to accommodate her final exam schedule will also be viewed as further attempts at retaliation.
>
> Given the manner in which Georgetown has handled Ms. van der Stelt's complaint, we cannot help but believe this is intended to compromise her ability to pursue her claims. If Georgetown fails to accommodate Ms. van der Stelt's final exam schedule and her advisors' scheduled jury trial, we will include this in her complaint with the Department of Education regarding Georgetown's mishandling of her Title IX complaint.
>
> As a side note, I will again request you include me and Olivia in all correspondence. Your ridiculous assertion that a complainant cannot have a second attorney to represent her is most frustrating. Please provide me whatever information causes you to believe our client is prohibited from having a second attoeny. Moreover, your repeated refusal to communicate with Ms. Van derStelt's counsel directly, deprives our client of the effective access to counsel and causes her to incur unnecessary legal expenses. We plan to file a complaint with the Department of Education regarding the University's denial of her due process rights.
>
> 
>
> **Gary M. Gilbert, Esq.**
>
> 8403 Colesville Road., Ste. 1000 | Silver Spring, MD 20910
>
> t. 301.608.0880 | f. 301.608.0881
>
> e. gary@gelawyer.com
>
> Visit us at www.gelawyer.com

\* Please note that The Law Offices of Gary M. Gilbert & Associates, P.C., is doing business as Gilbert Employment Law, P.C.

CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301-608-0880, or by return e-mail, immediately. Thank you.

We've Moved!  Please note our new address.

**From:** Samantha Berner <Samantha.Berner@georgetown.edu>
**Sent:** Wednesday, November 29, 2023 6:53 PM
**To:** Candace Van Der Stelt <cv486@georgetown.edu>
**Cc:** Olivia Miller <omiller@gelawyer.com>
**Subject:** Re: Access to Final Investigative Report

Dear Candace,

Thank you for your email yesterday (November 28, 2023) requesting that the hearing be moved to the 2024 new year.

As the Notice provided to you on November 17, 2023, stated, the hearing is scheduled to take place on December 13, 14, and 15, 2023. While the hearing may not extend for all three days, we request that each party hold each of these days in their entirety in order to ensure that we can proceed with this process in a timely manner.

I understand that you may have some academic commitments around this time. Given your concerns, I would be happy to work with you (and your advisor) to contact your school's Title IX office in order to request academic adjustments so that you are able to participate in the hearing scheduled to begin on December 13. Please let me know if you would like me to contact your school's Title IX Coordinator to assist in making these adjustments.

I also understand from your email that your advisor may have a conflict with the proposed hearing date(s). The University does not alter timelines to accommodate advisors' schedules. If your advisor is not able to move conflicting obligations, you are welcome to choose another with availability to serve in this capacity. If you do not or cannot find an advisor who can attend and

conduct cross-examination at the hearing, the University will provide you with an advisor for purposes of cross-examination at the hearing.

Lastly, I want to share a friendly reminder that, as stated in your November 17, 2023, Notice, at least ten (10) days prior to the Hearing, each party must submit to the Title IX Coordinator a list of relevant witnesses who they request to be called as witnesses during the Hearing; this list of witnesses is due **December 2, 2023**, by 11:59pm.

Please be in touch with any other questions.

Best Wishes,

Samantha

On Tue, Nov 28, 2023 at 4:55 PM Candace Van Der Stelt <cv486@georgetown.edu> wrote:

Hi Samantha,

My advisor and I are unable to reserve our schedules on these days due to my final exam schedule and existing appointments, as well as my advisors' previously scheduled jury trial. In order to participate, we would need to reschedule. Due to the holidays, we request rescheduling the hearing in the New Year.

Best,

Candace

Candace M. van der Stelt, MS, CCC-SLP

Georgetown University Medical Center

Interdisciplinary Program in Neuroscience

PhD Student

Speech-Language Pathologist

Pronouns: she/her/hers

cv486@georgetown.edu

On Fri, Nov 17, 2023 at 11:43 AM Samantha Berner <Samantha.Berner@georgetown.edu> wrote:

Good Morning Candace,

Thank you for your note.

You can let us know about your decision to withdraw once you are ready but we will move forward with the process in the interim.

Best Wishes,

Samantha

On Fri, Nov 17, 2023 at 10:59 AM Candace Van Der Stelt <cv486@georgetown.edu> wrote:

Hi Samantha,

I just opened my email to your response. I will need to discuss with my legal counsel. I can respond by next Friday, November 24, 2023.

Candace

Candace M. van der Stelt, MS, CCC-SLP

Georgetown University Medical Center

Interdisciplinary Program in Neuroscience

PhD Student

Speech-Language Pathologist

Pronouns: she/her/hers

cv486@georgetown.edu

On Wed, Nov 15, 2023 at 10:09 AM Samantha Berner <Samantha.Berner@georgetown.edu> wrote:

Good Morning Candace,

Thank you for providing the November 9, 2023, letter from your advisor and note indicating it should constitute your response to the final investigative report. I am writing to clarify whether you are requesting to withdraw your formal complaint. Please respond by this **Friday, November 17, 2023**, so we can proceed accordingly.

Thank you in advance.

Best Wishes,

Samantha

On Thu, Nov 9, 2023 at 10:24 AM Candace Van Der Stelt <cv486@georgetown.edu> wrote:

Ms. Berner,

Please accept the attached letter from my advisor, dated November 9, 2023, as my response. I hereby incorporate the contents of my advisor's attached letter as my response.

Candace M. van der Stelt, MS, CCC-SLP

Georgetown University Medical Center

Interdisciplinary Program in Neuroscience

PhD Student

Speech-Language Pathologist

Pronouns: she/her/hers

cv486@georgetown.edu

On Tue, Oct 31, 2023 at 9:09 AM Samantha Berner <Samantha.Berner@georgetown.edu> wrote:

Good Morning Candace,

I hope you are all doing well. I write in my capacity as University Title IX Coordinator to notify you that I have received the final investigative report from Mrs. Kay Bhagat-Smith regarding the IDEAA Title IX case you are currently involved in. The final investigative report and related information are available for your review and response. Please see below for information about how to access the investigative report and provide a response.

**Access to the Investigative Report**

Shortly, you will receive an email providing you with access to a Box folder that contains a copy of the investigative report and relevant evidence gathered during the investigation; this includes any evidence obtained as part of the investigation that is directly related to the allegations raised in the Title IX Complaint, including the evidence upon which

the University does not intend to rely in reaching a determination regarding responsibility and inculpatory or exculpatory evidence whether obtained from a party or other source.

Please note that you will be able to view the documents, but not download or print them.

Please email http://servicecenter.georgetown.edu if you experience any difficulty logging into Box.

**Confidential Information**

Please understand that the information contained in the investigative report is provided to you for the purpose of the IDEAA investigation and hearing. This information is confidential. Duplication of the contents of the investigative report is not permitted without prior approval from IDEAA.

Please do not attempt to photograph, record, take screenshots of, or otherwise copy the investigative report and related evidence. As you previously were notified, the principles of confidentiality and non-retaliation that govern the investigative and hearing processes are outlined in IDEAA's grievance procedures.

Complainants and respondents are not permitted to share the investigative report and its attachments with any individual(s) other than their advisor. If your advisor does not currently have access to the files, and you would like them to be granted access, or if you would *no longer* like them to have access to these files, please send me an email requesting that.

**Response to the Investigative Report**

As set forth in IDEAA's grievance procedures, you and your advisor may review and inspect the investigative report and evidence. You also may submit a written response to the investigative report and evidence within 10 calendar days of the date of this email. If you choose to submit a written response, your response must be received by me via email (samantha.berner@georgetown.edu) no later than **11:59p.m. on Thursday, November 9, 2023**. Timely written responses received will be included in the case file shared with the Hearing Panel.

**Anticipated Hearing Date**

We are working to identify a date for the IDEAA Title IX hearing on this case. The hearing will be held remotely via Zoom. You will receive an official notice of the hearing date and time frame of the process at least fifteen calendar days prior to the hearing, including your right to call relevant witnesses to the hearing for purposes of questioning by each party's advisor.

**Next Steps**

I will be sending a follow-up notice and description of IDEAA's hearing process and the expected timeframe of the process at least fifteen calendar days prior to the hearing date.

**Support and Resources**

IDEAA is committed to ensuring an inclusive and equitable environment including for individuals with disabilities. If you believe you may require a reasonable accommodation in order to participate in any part of IDEAA's process, such as due to a medical condition or disability, please send an email to ideaa@georgetown.edu and an IDEAA team member will contact you regarding your request.

Additionally, the university is available to make connections to external confidential counseling support. Please do not hesitate to utilize supportive resources, if they would be helpful.

**Prohibition against Retaliation**

Please be reminded that Georgetown's policies prohibit retaliation against any individual who files a complaint, participates in an IDEAA investigation, or otherwise asserts rights protected by university policies. If you believe that you may have experienced retaliation related to your role in this investigation, please reach out to me immediately.

Please let me know if you have any questions about the information contained in this email.

Samantha

--



**Samantha Berner, J.D.**

Title IX Coordinator and Director of Title IX Compliance

Office of Institutional Diversity, Equity, and Affirmative Action (IDEAA)

Georgetown University

M-36 Darnall Hall, 37th and O Streets, NW, Washington, D.C. 20057

(202) 687-9183  titleixideaa@georgetown.edu

*Pronouns: she, her, hers*

--



**Samantha Berner, J.D.**

Title IX Coordinator and Director of Title IX Compliance

Office of Institutional Diversity, Equity, and Affirmative Action (IDEAA)

Georgetown University

M-36 Darnall Hall, 37th and O Streets, NW, Washington, D.C. 20057

(202) 687-9183 titleixideaa@georgetown.edu

*Pronouns: she, her, hers*

--



**Samantha Berner, J.D.**

Title IX Coordinator and Director of Title IX Compliance

Office of Institutional Diversity, Equity, and Affirmative Action (IDEAA)

Georgetown University

M-36 Darnall Hall, 37th and O Streets, NW, Washington, D.C. 20057

(202) 687-9183 titleixideaa@georgetown.edu

*Pronouns: she, her, hers*

--



**Samantha Berner, J.D.**

Title IX Coordinator and Director of Title IX Compliance

Office of Institutional Diversity, Equity, and Affirmative Action (IDEAA)

Georgetown University

M-36 Darnall Hall, 37th and O Streets, NW, Washington, D.C. 20057

(202) 687-9183 titleixideaa@georgetown.edu

*Pronouns: she, her, hers*

CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you.

--



**Samantha Berner, J.D.**

Title IX Coordinator and Director of Title IX Compliance

Office of Institutional Diversity, Equity, and Affirmative Action (IDEAA)

Georgetown University

M-36 Darnall Hall, 37th and O Streets, NW, Washington, D.C. 20057

(202) 687-9183  titleixideaa@georgetown.edu

*Pronouns: she, her, hers*

--



**Samantha Berner, J.D.**

Title IX Coordinator and Director of Title IX Compliance

Office of Institutional Diversity, Equity, and Affirmative Action (IDEAA)

Georgetown University

M-36 Darnall Hall, 37th and O Streets, NW, Washington, D.C. 20057

(202) 687-9183  titleixideaa@georgetown.edu

*Pronouns: she, her, hers*

--



**Samantha Berner, J.D.**

Title IX Coordinator and Director of Title IX Compliance

Office of Institutional Diversity, Equity, and Affirmative Action (IDEAA)

Georgetown University

M-36 Darnall Hall, 37th and O Streets, NW, Washington, D.C. 20057

(202) 687-9183  titleixideaa@georgetown.edu

*Pronouns: she, her, hers*