# EXHIBIT B



8403 Colesville Rd, Suite 1000 | Silver Spring, MD  20910
Ph: (301) 608-0880   Fax: (301) 608-0881
www.gelawyer.com

November 9, 2023

Office of Institutional Diversity, Equity, and Affirmative Action
M-36 Darnall Hall
37th and O Streets NW
Washington, DC 20057
*sent via electronic mail*

Ms. Berner:

I write on behalf of my client, Ms. Candace van der Stelt, in response to the report provided by your office. Please be advised that this matter is now moot because Ms. van der Stelt has filed a civil action in the United Stated District Court for the District of Columbia and is pursuing her claims in that forum.  Additionally, as Georgetown's investigation failed to comply with applicable  Title IX regulations and guidance setting forth requirements for conducting investigations, we will be notifying the Department of Education about these failures.

Sincerely,

Olivia A. Miller, Esq.
*Advisor for Complainant*
Gilbert Employment Law, P.C.
8403 Colesville Rd, Suite 1000
Silver Spring, Maryland 20910
T: (301) 608-0880; F: (301) 608-0881