IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 1:23-cv-02212-LLA |
| v. | ) ) |
| GEORGETOWN UNIVERSITY, *et al.*, | ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2024, after consideration of Plaintiff's Opposed Motion for Leave to Supplement Complaint ("Motion"), any opposition thereto, any reply thereon, and oral argument, if any, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

_____
Hon. Loren Alikhan, United States District Judge