IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CANDACE VAN DER STELT,<br><br>  Plaintiff,<br><br>  v.<br><br>GEORGETOWN UNIVERSITY,<br>and PETER TURKELTAUB<br><br>  Defendants.<br><br>PETER TURKELTAUB,<br><br>  Counter-Plaintiff<br><br>  v.<br><br>CANDACE VAN DER STELT,<br><br>  Counter-Defendant | Civil Action No. 23:cv-02212-RDM<br><br>Hon. Loren L. AliKhan |

**PLAINTIFF VAN DER STELT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' TURKELTAUB AND GEORGETOWN UNIVERSITY'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT**

Plaintiff/Counter-Defendant Candace van der Stelt ("Plaintiff"), by and through her undersigned counsel, moves pursuant to Fed. R. Civ. P. 6(b) and the local rules of this Court, for a thirty (30) day extension of time to Monday, October 28, 2024,[1] to reply to Defendant/Counter-Plaintiff Turkeltaub's ("Defendant Turkeltaub") Memorandum of Points and Authorities in

---

[1] Thirty (30) days after the current deadline, which is Thursday, September 26, 2024, would be Saturday, October 26, 2024.

1

Opposition to Plaintiff's Motion for Leave to Supplement Complaint (Dkt. 31) and to Defendant Georgetown University's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Leave to Supplement Complaint (Dkt. 32). Plaintiff makes this request because her firm is severely limited by a two-week jury trial scheduled to begin on September 30, 2024.[2] After conferring through counsel pursuant to LCvR 7(m), Defendants Turkeltaub and Georgetown University do not oppose this motion.

Dated: September 23, 2024

Respectfully submitted,

/s/ Gary Gilbert
Gary M. Gilbert, Esq. (Bar No. MD15808)
Elizabeth Wilson, Esq. (Bar No. 491007)
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD, 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
Gary-efile@gelawyer.com
ewilson-efile@gelawyer.com

*Counsel for Plaintiff/Counter-Defendant Candace van der Stelt*

---

[2] Plaintiff's counsel are able to provide further information about the restrictions on their availability via affidavits upon request.