AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Candace van der Stelt | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-02212-LLA |
| Georgetown University, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff-Counter Defendant Candace van der Stelt.

Date: 10/28/2024

/s/ Cori Cohen
*Attorney's signature*

Cori Cohen (MD19124)
*Printed name and bar number*

Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD, 20910

*Address*

CCohen-efile@gelawyer.com
*E-mail address*

(301) 608-0880
*Telephone number*

(301) 608-0881
*FAX number*