IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CANDACE VAN DER STELT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGETOWN UNIVERSITY, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:23-cv-02212-RDM |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SEEMA RAMBARAN**

Pursuant to Civil Local Rule 83.2(d), Defendant moves for the admission and appearance of attorney Seema Rambaran *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Seema Rambaran, filed herewith.  As set forth in Ms. Rambaran's declaration, she is admitted and an active member in good standing in the following courts and bars: the New York Bar, the U.S. District Courts for the Northern District of New York, Southern District of New York, Western District of New York and Eastern District of New York.

This motion is supported and signed by Henry A. Platt, an active and sponsoring member of the Bar of this Court.

Dated: July 11, 2025

**SAUL EWING LLP**

*/s/ Henry A. Platt*
Henry A. Platt (D.C. Bar No. 425994)
1919 Pennsylvania Avenue NW, Suite 550
Washington DC 20006
(202) 342-3447 – Telephone
(202) 337-6065 - Telefax
henry.platt@saul.com

Attorneys for Defendant
*Georgetown University*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF SEEMA RAMBARAN** was served via the Court's e-filing system on this 11th day of July, 2025, on all counsel of record:

                      **SAUL EWING LLP**

                      /s/ *Henry Platt*
                      Henry A. Platt

                      *Attorneys for Defendant*
                      *Georgetown University*