IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGETOWN UNIVERSITY, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:23-cv-02212-RDM |

### DECLARATION OF SEEMA RAMBARAN IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

I, Seema Rambaran hereby declare as follows:

1. My name, office address and telephone and telefax numbers are as follows:

    Seema Rambaran
    Saul Ewing LLP
    1270 Avenue of the Americas, Suite 2800
    New York, NY 10020-1803
    (212)   980-7200 – Telephone
    (212)   980-7209 - Telefax
    Seema.rambaran@saul.com

2. I have been admitted to and am in good standing before the following courts:

| Court | Bar No. | Date Admitted |
|---|---|---|
| New York – 2nd Dept | 5778204 | 08/20/2020 |
| USDC – NY, SD | 5778204 | 11/16/2021 |
| USDC – NY, ND | 703599 | 05/13/2022 |
| USDC – NY, WD | 703599 | 03/20/2023 |
| USDC – NY, ED | 5778204 | 02/14/2024 |

3. I have not been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located in the District of Columbia.

6. Attached to this affidavit as Exhibit 1, is a Certificate of Good Standing from the Southern District of New York.

7. I have participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2025

_____
Seema Rambaran

3