# EXHIBIT 1

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

___SEEMA   RAMBARAN___ , Bar # ___5778204___

was duly admitted to practice in the Court on

___November 16, 2021___

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   ___July 1, 2025___
         New York, New York

*Tammi M. Hellwig* (signature)

___Tammi M. Hellwig___        By     ___s/B. Cong___
    Clerk of Court                    Deputy Clerk