IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, ) | |
| Plaintiff, ) | Civil Action No. 1:23-cv-02212-RDM |
| v. ) | |
| GEORGETOWN UNIVERSITY, *et al.*, ) | |
| Defendants. ) | |

**[DEFENDANT GEORGETOWN UNIVERSITY'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY SEEMA RAMBARAN *PRO HAC VICE***

The Court has reviewed Defendant Georgetown University's motion for admission of attorney Seema Rambaran *pro hac vice*. Upon consideration of that motion, the Court grants attorney Seema Rambaran *pro hac vice* admission to this Court.

**IT IS SO ORDERED.**

DATED: _____   _____
                                 United States District Judge

4