IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CANDACE VAN DER STELT, | ) ) ) |
| Plaintiff, | ) )   Civil Action No. 23:cv-02212-RDM |
| v. | ) ) ) |
| GEORGETOWN UNIVERSITY and PETER TURKELTAUB, | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF APPEARANCE – SEEMA RAMBARAN**

Please enter the appearance of Seema Rambaran on behalf of Defendant Georgetown University in the above-referenced matter.

Please direct copies of all filings and materials in this matter to her attention.

Dated: July 25, 2025                    **SAUL EWING LLP**

*/s/ Seema Rambaran*
Seema Rambaran (*Admitted Pro Hac Vice*)
Saul Ewing LLP
1270 Avenue of the Americas, Suite 2800
New York, NY 10020-1803
(212) 980-7200 – Telephone
(212) 980-7209 - Telefax
seema.rambaran@saul.com

Henry A. Platt (D.C. Bar No. 425994)
1919 Pennsylvania Avenue NW, Suite 550
Washington DC 20006
(202) 342-3447 – Telephone
(202) 337-6065 – Telefax
henry.platt@saul.com

Joshua W.B. Richards (Bar No. 1002821)
1500 Market Street
38th Floor, West Tower
Philadelphia, PA 19102
(215) 972-7737 – Telephone
(215) 972-7725 – Telefax
joshua.richards@saul.com

*Attorneys for Defendant*
*Georgetown University*

## **CERTIFICATE OF SERVICE**

      I, Seema Rambaran, hereby certify that on July 25, 2025 the foregoing **NOTICE OF APPEARANCE –SEEMA RAMBARAN** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                             /s/ *Seema Rambaran*
                                             Seema Rambaran