IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, | ) |
| Plaintiff, | ) Civil Action No. 1:23-cv-02212 (LLA) |
| v. | ) |
| GEORGETOWN UNIVERSITY and PETER TURKELTAUB, | ) |
| Defendants. | ) |
| PETER TURKELTAUB, | ) |
| Counter-Plaintiff, | ) |
| v. | ) |
| CANDACE VAN DER STELT, | ) |
| Counter-Defendant. | ) |

## JOINT MOTION FOR A STAY OF ALL DEADLINES

The Parties, by and through undersigned counsel, respectfully request a stay of all deadlines set forth in the June 18, 2025 Scheduling Order to allow them to engage in mediation.

The Parties are hopeful that they will be able to resolve this matter and have agreed to attend a mediation on October 1, 2025. A stay of deadlines would allow the parties to focus their efforts on negotiating settlement terms without simultaneously incurring the additional significant legal fees associated with active discovery and will assist in avoiding attorneys' fees and costs becoming a barrier to settlement. Accordingly, the Parties request that all deadlines be stayed in order to allow the Parties to engage in meaningful settlement discussions. The Parties propose submitting a joint status report by October 15, 2025, no more than two weeks after the scheduled mediation.

1

Dated: September 9, 2025

Respectfully submitted,

| | |
|---|---|
| <u>/s/ Cori Cohen</u> | <u>/s/ Cori Cohen</u> (with permission) |
| Cori Cohen | Henry A. Platt (D.C. Bar No. 425994) |
| GILBERT EMPLOYMENT LAW, P.C | SAUL EWING LLP |
| 8403 Colesville Road, Suite 1000 | 1919 Pennsylvania Avenue NW, Suite 550 |
| Silver Spring, MD 20910 | Washington DC 20006 |
| (301) 608-0880 | (202) 342-3447 |
| ccohen-efile@gelawyer.com | henry.platt@saul.com |
| | *Attorneys for Defendant* |
| | *Georgetown University* |
| Gary M. Gilbert | |
| 8403 Colesville Rd., Suite 1000 | <u>/s/ Cori Cohen</u> (with permission) |
| Silver Spring, MD 20910 | Ann M. Olivarius |
| (301) 608-0880 | MCALLISTER OLIVARIUS |
| gary-efile@gelawyer.com | 641 Lexington Avenue, Suite 13th Floor |
| | New York, NY 10022 |
| | 212-433-3456 |
| Elizabeth A. Wilson | aolivarius@mcolaw.com |
| 8403 Colesville Rd., Suite 1000 | *Attorney for Defendant Peter Turkeltaub* |
| Silver Spring, MD 20910 | |
| (301) 608-0880 | |
| ewilson@gelawyer.com | |
| *Attorneys for Plaintiff* | |
| *Candace van der Stelt* | |

## Certificate of Service

      I hereby certify that true and correct copies of the foregoing JOINT MOTION FOR A STAY OF ALL DEADLINES were served on all parties of record through the Court's CM/CF filing system on September 9, 2025

                                */s/ Cori Cohen*
                                Cori Cohen, Esq. (Bar No. MD19124)
                                Gilbert Employment Law, P.C.
                                8403 Colesville Road, Suite 1000
                                Silver Spring, MD, 20910
                                Tel: (301) 608-0880
                                Fax: (301) 608-088

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GEORGETOWN UNIVERSITY and )<br>PETER TURKELTAUB, )<br>)<br>    Defendants. )<br>_____)<br>PETER TURKELTAUB, )<br>)<br>    Counter-Plaintiff, )<br>)<br>v. )<br>CANDACE VAN DER STELT, )<br>)<br>    Counter-Defendant. )<br>_____) | Civil Action No. 1:23-cv-02212 (LLA) |

**[PROPOSED] ORDER**

For good cause shown, the Parties Joint Motion for a Stay of All Deadlines is hereby **GRANTED.** All deadlines are hereby stayed pending the issuance of a further Scheduling Order. The Parties are **ORDERED** to submit a Joint Status Report by October 15, 2025.

It is so **ORDERED.**

_____                  _____
Date                                                                          Hon. Loren L. AliKhan
                                                                                    United States District Judge