UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CANDACE VAN DER STELT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23:cv-02212-LLA |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGETOWN UNIVERSITY and PETER TURKELTAUB, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PETER TURKELTAUB, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CANDACE VAN DER STELT, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**JOINT STATUS REPORT REGARDING MEDIATION**

Pursuant to the Order Granting the Parties' Joint Motion to Stay and ordering the parties to file a joint status report updating the Court on the status of mediation, dated September 10, 2025, the parties hereby submit their joint report.

The parties engaged in private mediation on October 1, 2025, before the Hon. John Mott (Ret.), JAMS Mediator, and have agreed upon the essential terms of a full settlement of all claims in this action. The parties are in the process of preparing the written settlement agreement memorializing those terms and anticipate that the parties will submit to the Court a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), within 30 days pursuant to the terms of the settlement agreement. If, for any reason, the parties do not submit a stipulation of dismissal within

30 days, the parties will submit a joint status report by November 14, 2025.

Dated:  October 15, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Cori M. Cohen* | */s/ Henry A. Platt* |
| Cori Morgan Cohen (MD Bar No. 19124) | Henry A. Platt (D.C. Bar No. 425994) |
| GILBERT EMPLOYMENT LAW, P.C | SAUL EWING LLP |
| 8403 Colesville Road, Suite 1000 | 1919 Pennsylvania Avenue NW Suite 550 |
| Silver Spring, MD 20910 | Washington DC 20006 |
| (301) 608-0880 - Telephone | (202) 342-3447- Telephone |
| ccohen-efile@gelawyer.com | henry.platt@saul.com |
| | |
| Gary M. Gilbert (D.C. Bar No. 0472026) | Seema Rambaran (admitted *pro hac vice*) |
| 8403 Colesville Road, Suite 1000 | 1270 Avenue of the Americas, 20th Fl. |
| Silver Spring, MD 20910 | New York, NY 10020 |
| (301) 608-0880 - Telephone | (212) 980-7237 – Telephone |
| gary-efile@gelawyer.com | seema.rambaran@saul.com |
| | *Attorneys for Defendant Georgetown University* |
| Eugenia Valais (D.C. Bar No. 90028399) | |
| 8403 Colesville Rd., Suite 1000 | |
| Silver Spring, MD 20910 | */s/ Ann M. Olivarius* |
| 410-688-8703 -  Telephone | Ann M. Olivarius (D.C. Bar No. 429231) |
| evalais@gelawyer.com | MCALLISTER OLIVARIUS |
| *Attorneys for Plaintiff /Counter-Defendant Candace van der Stelt* | 641 Lexington Avenue, Suite 13th Floor |
| | New York, NY 10022 |
| | 212-433-3456 - Telephone |
| | aolivarius@mcolaw.com |
| | *Attorney for Defendant/ Counter-Plaintiff Peter Turkeltaub* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **JOINT STATUS REPORT REGARDING MEDIATION** was served via the Court's e-filing system on this 15th day of October, 2025, on all counsel of record:

SAUL EWING LLP

/s/ *Henry Platt*
Henry A. Platt

*Attorneys for Defendant*
*Georgetown University*