UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDACE VAN DER STELT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 23:cv-02212-LLA |
| ) | |
| v. ) | |
| ) | |
| GEORGETOWN UNIVERSITY and ) | |
| PETER TURKELTAUB, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| PETER TURKELTAUB, ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| CANDACE VAN DER STELT, ) | |
| ) | |
| Counter-Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Order Granting the Parties' Joint Motion to Stay, dated September 10, 2025, and the parties Joint Status Report Regarding Mediation, dated October 15, 2025, the parties hereby submit their updated joint report.

As the parties previously advised this Court, the parties engaged in private mediation on October 1, 2025, before the Hon. John Mott (Ret.), JAMS Mediator, and agreed upon the essential terms of a full settlement of all claims in this action.

Since that date, the parties have made good faith efforts to finalize the terms of the settlement agreement. The parties expect to finalize the settlement agreement and have it executed shortly. Once the settlement agreement has been executed, it is anticipated that the parties will

1

submit to the Court a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), within 30 days pursuant to the terms of the settlement agreement. If, for any reason, the parties do not submit a stipulation of dismissal within 30 days, the parties will submit a joint status report by December 15, 2025.

Dated:  November 14, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Cori Morgan Cohen – by permission* | */s/ Henry A. Platt* |
| Cori Morgan Cohen (MD Bar No. 19124) | Henry A. Platt (D.C. Bar No. 425994) |
| GILBERT EMPLOYMENT LAW, P.C | SAUL EWING LLP |
| 8403 Colesville Road, Suite 1000 | 1919 Pennsylvania Avenue NW Suite 550 |
| Silver Spring, MD 20910 | Washington DC 20006 |
| (301) 608-0880 - Telephone | (202) 342-3447- Telephone |
| ccohen-efile@gelawyer.com | henry.platt@saul.com |
| | |
| Gary M. Gilbert (D.C. Bar No. 0472026) | Seema Rambaran (admitted *pro hac vice*) |
| 8403 Colesville Road, Suite 1000 | 1270 Avenue of the Americas, 20th Fl. |
| Silver Spring, MD 20910 | New York, NY 10020 |
| (301) 608-0880 - Telephone | (212) 980-7237 – Telephone |
| gary-efile@gelawyer.com | seema.rambaran@saul.com |
| | *Attorneys for Defendant Georgetown University* |
| Eugenia Valais (D.C. Bar No. 90028399) | |
| 8403 Colesville Rd., Suite 1000 | |
| Silver Spring, MD 20910 | */s/ Ann M. Olivarius – by permission* |
| 410-688-8703 -  Telephone | Ann M. Olivarius (D.C. Bar No. 429231) |
| evalais@gelawyer.com | MCALLISTER OLIVARIUS |
| *Attorneys for Plaintiff /Counter-Defendant Candace van der Stelt* | 641 Lexington Avenue, Suite 13th Floor |
| | New York, NY 10022 |
| | 212-433-3456 - Telephone |
| | aolivarius@mcolaw.com |
| | *Attorney for Defendant/ Counter-Plaintiff Peter Turkeltaub* |