**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CANDACE VAN DER STELT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 23:cv-02212-LLA |
| ) | |
| v. ) | Hon. Loren L. AliKhan |
| ) | |
| GEORGETOWN UNIVERSITY and ) | |
| PETER TURKELTAUB, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| PETER TURKELTAUB, ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CANDACE VAN DER STELT, ) | |
| ) | |
| Counter-Defendant. ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counter-Defendant Candace van der Stelt, Defendant Georgetown University, and Defendant/Counter-Plaintiff Dr. Peter Turkeltaub, by and through their undersigned counsel, that all claims and counterclaims in the above-captioned action are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs and attorneys' fees.

1

Respectfully submitted,

Dated:  December 15, 2025

| | |
|---|---|
| */s/* Cori Morgan Cohen | */s/* Henry A. Platt |
| Cori Morgan Cohen (MD Bar No. 19124) | Henry A. Platt (D.C. Bar No. 425994) |
| GILBERT EMPLOYMENT LAW, P.C | SAUL EWING LLP |
| 8403 Colesville Road, Suite 1000 | 1919 Pennsylvania Avenue NW, Suite 550 |
| Silver Spring, MD 20910 | Washington DC 20006 |
| (301) 608-0880 - Telephone | (202) 342-3447- Telephone |
| ccohen-efile@gelawyer.com | henry.platt@saul.com |
| | |
| Gary M. Gilbert (D.C. Bar No. 0472026) | Seema Rambaran (admitted *pro hac vice*) |
| 8403 Colesville Road, Suite 1000 | 1270 Avenue of the Americas, 20th Fl. |
| Silver Spring, MD 20910 | New York, NY 10020 |
| (301) 608-0880 - Telephone | (212) 980-7237 – Telephone |
| gary-efile@gelawyer.com | seema.rambaran@saul.com |
| | *Attorneys for Defendant Georgetown University* |
| Eugenia Valais (D.C. Bar No. 90028399) | |
| 8403 Colesville Rd., Suite 1000 | |
| Silver Spring, MD 20910 | */s/* Ann M. Olivarius |
| 410-688-8703 -  Telephone | Ann M. Olivarius (D.C. Bar No. 429231) |
| evalais@gelawyer.com | MCALLISTER OLIVARIUS |
| *Attorneys for Plaintiff /Counter-Defendant Candace van der Stelt* | 641 Lexington Avenue, Suite 13th Floor |
| | New York, NY 10022 |
| | 212-433-3456 - Telephone |
| | aolivarius@mcolaw.com |
| | *Attorney for Defendant/ Counter-Plaintiff Peter Turkeltaub* |